UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., and DOUG BOWSER<br><br>          Movant,<br><br>     v.<br><br>DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>          Respondents. | NO. 2:23-mc-00036-TL<br><br>[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA BY NON-PARTIES NINTENDO OF AMERICA INC. AND DOUG BOWSER |

On April 24, 2023, non-parties Nintendo of America Inc. ("NOA") and its President, Doug Bowser (collectively, the "NOA Non-Parties"), filed a Motion to Quash the Subpoena to Testify at a Deposition in a Civil Action issued to "Doug Boswer [sic], CEO and President, Nintendo of America Inc." (the "Subpoena") by the plaintiffs (the "DeMartini Plaintiffs") in an action pending in the United States District Court for the Northern District of California, *DeMartini et al. v. Microsoft Corp.*, Civil Action No. 3:22-cv-08991-JSC (the "DeMartini Action")

The NOA Non-Parties have demonstrated good cause for the requested relief.

Accordingly, the motion is GRANTED, and it is hereby ORDERED that the Subpoena is

QUASHED in its entirety.

DATED this _____ day of _____, 2023.

U.S. DISTRICT COURT JUDGE

Presented by:

 s/ *Michael Rosenberger*
Michael Rosenberger, WSBA #17730
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, WA  98101
206.467.6477
mrosenberger@gordontilden.com


 s/ *Benjamin P. Argyle*
Leonard. L. Gordon (*Pro Hac Vice* Pending)
Benjamin P. Argyle (*Pro Hac Vice* Pending)
Venable LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
212.307.5500
LLGordon@Venable.com
BPArgyle@Venable.com

ORDER GRANTING MOTION TO QUASH SUBPOENA BY NON-PARTIES NINTENDO OF AMERICA INC. AND DOUG BOWSER - 2

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477