| | |
|---|---|
| **From:** | Carol Hudson <chudson@gordontilden.com> |
| **Sent:** | Monday, April 24, 2023 3:33 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | Mike Rosenberger |
| **Subject:** | New Miscellaneous Case Filing - Nintendo v. Dante DeMartini, et al. |
| **Attachments:** | 2023-04-24 Nintendo Mtn to Quash Subpoena, 3.pdf; Prop Order Granting Nintendo Mtn to Quash Subpoena, 3.pdf; 2023-04-24 Kiel Decl iso Nintendo Mtn to Quash Subpoena, 1.pdf; 2023-04-24 Argyle Decl iso Nintendo Mtn to Quash, 1.pdf; Prop Order Granting Nintendo Mtn to Quash Subpoena.docx |

**CAUTION - EXTERNAL:**

Good afternoon:

Please see attached the following documents to be filed as a "miscellaneous" action, submitted by Michael Rosenberger, WSBA #17730:

1. Motion to Quash Subpoena by Non-Parties Nintendo of America Inc. and Doug Bowser
2. Declaration of Kristopher Kiel in Support of Motion to Quash Subpoena
3. Declaration of Benjamin P. Argyle in Support of Motion to Quash Subpoena
4. Proposed Order in both PDF and Word format

Please let us know how to pay the filing fee and whether you require anything further.

**Carol Hudson** | **Legal Assistant to:**
   Michael Rosenberger
   Greg D. Pendleton
   Brendan Winslow-Nason
   John D. Cadagan

Gordon Tilden Thomas & Cordell LLP
One Union Square
600 University Street, Suite 2915
Seattle, Washington 98101
**t:** 206.467.6477  **d:** 206.805.6617
**w:** gordontilden.com



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.